# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00618-CV

**In re Ardell Nelson, Jr.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator filed a petition for writ of mandamus largely complaining that the district clerk and the district court had not properly prepared the record in an appeal filed from the district court's denial of relator's motion for DNA testing. *See* Tex. R. App. P. 52.8. The documents relator seeks to have added to the file are not necessary to the appeal, however, and relator has not shown that the district clerk or the district court have violated their ministerial duties or orders issued by this Court. We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Filed:   August 9, 2013